1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10  CARLO RENATO LARA,      )   NO. CV 18-1821-SJO (AS)

                         )

11             Petitioner,  )

                         )   **ORDER ACCEPTING FINDINGS,**

12        v.           )

                         )   **CONCLUSIONS AND RECOMMENDATIONS OF**

13  STUART SHERMAN, Warden,   )

                         )   **UNITED STATES MAGISTRATE JUDGE**

14            Respondent.  )

                         )

15  _____)

16
17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge to which no objections

21  were filed. The Court concurs with and accepts the findings and

22  conclusions of the Magistrate.

23

24       **IT IS ORDERED** that Judgment be entered denying the Petition and

25  dismissing this action with prejudice.

26
27
28

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 2, 2019.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE