**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLO RENATO LARA, | ) | NO. CV 18-1821-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STUART SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 2, 2019.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE